IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 270

MARY MATHIS,

        Plaintiff,

v.

CONSOLIDATED METCO, INC.,

        Defendant.

ORDER

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 4) filed by Jill S. Stricklin. The Motion indicates that Ms. Stricklin, a member in good standing of the Bar of this Court, is local counsel for Defendant and that she seeks the admission of R. Evan Jarrold, who the Motion represents as being a member in good standing of the Bar of the State of Missouri. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 4) and **ADMITS** R. Evan Jarrold to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 15, 2019

W. Carleton Metcalf
United States Magistrate Judge